An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

PARK WEST COMPANIES INC., A
NEVADA CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARK R. DENTON, DISTRICT JUDGE,
Respondents,
and
AMAZON CONSTRUCTION
CORPORATION, A NEVADA
CORPORATION,
Real Party in Interest.

No. 68311

**FILED**

JUL 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DENYING PETITION FOR
WRIT OF MANDAMUS OR PROHIBITION*

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying a motion to dismiss and granting, in part, a motion to bifurcate. Having considered the petition, we are not persuaded that petitioner has met its burden to demonstrate that our extraordinary and discretionary intervention is warranted. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222,

15-22357

228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); NRAP 21(b)(1). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Saitta

_____ J.          _____, J.
Gibbons                                Pickering

cc:    Hon. Mark R. Denton, District Judge
       Pezzillo Lloyd
       Steven M. Garber & Associates, A Professional Corporation
       Marquis Aurbach Coffing
       Gordon & Rees, LLP
       Eighth District Court Clerk

---

[1]In light of our resolution of this writ petition, petitioner's June 29, 2015, stay motion is denied as moot.